# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Audrey C. Burrus fka Audrey C. Daniels         CHAPTER 7

                 Debtor(s)                          BKY. NO. 19-23174 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Forethought Life Insurance Company and index same on the master mailing list.

                  Respectfully submitted,

                  **/s/James C. Warmbrodt, Esquire**
                  James C. Warmbrodt, Esquire
                  Attorney I.D. No. 42524
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  412-430-3594
                  jwarmbrodt@kmllawgroup.com